IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA



Re: DARLENE THREATT  :  BK. NO: 16-10463-amc

: Chapter 7 Bankruptcy

:

:

:

### Answer to Motion to Withdraw as Counsel

Darlene Threatt, Debtor in this matter hereby answers counsels Petition To Withdraw as follows:

1. Admitted.

2. Denied in part. Admitted in part. Chapter 13 was converted into a Chapter 7 because Debtors Counsel failed to file the required Plan.

3. Admitted.

4. Admitted.

5. Denied in part. Admitted in part. Proceeds have not been distributed.

6. Denied in part. Admitted in part. Fees have not been disbursed.

7. Denied. Mr. Parrish has refused to answer questions concerning status of case. Counsel has not answered questions in writing as requested by Debtor. Debtor has not had any recent conversations with Counsel expressing dissatisfaction. Debtor sent Counsel certified correspondence asking for information/explanation of status of case, in response Debtor received a motion to withdraw.

8. Denied. Debtor has not had any recent conversations with Counsel expressing dissatisfaction. Counsel should be required to provide Debtor with answers concerning the status of the case. Counsel has already been paid and held himself out to be a Bankruptcy attorney. The trustee and whomever he hired have or will be paid more than 50,000 of the Debtors monies. The case is basically over, and the Debtor will be unduly burdened if required to hire a new attorney at the close of the case and pay additional attorney fees.

Wherefore, the Debtor respectfully requests that the motion to Withdraw as Counsel is DENIED.

By: _____/s/_____

Darlene Threatt, Debtor